```
               IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )
     Plaintiff,                 )    4:07CR3112
                                )
     v.                         )
                                )        ORDER
ANTHONY MICHAEL LARKIN and      )
ROBERT JOHN IRONBEAR,           )
                                )
     Defendants.                )
```

IT IS ORDERED,

The motions of defendants Larkin and Ironbear to continue, filings 23 and 24, are granted, and

1. Trial is continued as to both defendants to 9:00 a.m., January 7, 2008, before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

2. The ends of justice will be served by granting the motions, and outweigh the interests of the public and the defendants in a speedy trial, and the additional time arising as a result of the granting of the motions, the time between October 31, 2007 and January 7, 2008 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that the parties require additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

Dated October 31, 2007.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge