IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>vs.<br><br>ANTHONY MICHAEL LARKIN,<br><br>    Defendants. | 4:07CR3112<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

1)    The defendant's motion to review detention, (filing no. 140), is granted.

2)    The defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing except as follows:

>    The defendant shall be released to reside at Cornhusker Place, Lincoln, Nebraska and participate in that facility's substance abuse treatment program. The defendant shall fully comply with the requirements of defendant's treatment plan and all rules of the Cornhusker Place facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

3)    The defendant is scheduled to arrive at Cornhusker Place by no later than 10:00 a.m. on February 12, 2013. The Marshal shall release the defendant to the Federal Public Defenders Office for his transport and timely arrival at Cornhusker Place.

February 7, 2013.

> BY THE COURT:
>
> *s/ Cheryl R. Zwart*
> United States Magistrate Judge