IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:07CR3112 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **ORDER** |
| ANTHONY MICHAEL LARKIN, | ) ) ) | |
| Defendant. | ) ) | |

THIS MATTER comes before the Court on Defendant Anthony Michael Larkin's Unopposed Motion to Continue Supervised Release Hearing (filing no. 142), presently set for February 12, 2013 at 12:30 p.m., for sixty (60) days. The Court, being fully advised in the premises, and noting that the Government has no objection to said continuance, finds that said motion should be granted.

IT IS THEREFORE ORDERED that Defendant Larkin's violation of supervised release hearing, presently scheduled for February 12, 2013, is continued. Both lawyers shall contact Kris Leininger on Monday, February 8, 2013 or soon thereafter to obtain a new date. After that, an order will be entered specifically scheduling the date and time

DATED this 8th day of February, 2013.

BY THE COURT:

s/Richard G. Kopf
Senior United States District Judge